JAMES E. TAYLOR, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent, Impleaded with Others.

(Argued October 10, 1935; decided October 25, 1935.)

*Henry Hirschberg* for appellant.
*Elbert N. Oakes* for respondent.

Judgment affirmed, with costs; no opinion.